THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARION VICTOR WHEELER, Defendant-Appellant.

(No. 11760;

Fourth District—April 12, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Arthur A. Jones, State's Attorney, of Paris, for the People.